## ATTORNEY GRIEVANCE COMMISSION OF MARYLAND v. GLENN J. GOLDBURN

[Misc. (BV) No. 24, September Term, 1982.]

*Decided November 1, 1983.*

The cause was argued before MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

*Glenn M. Grossman, Assistant Bar Counsel,* with whom was *Melvin Hirshman, Bar Counsel,* on the petition, for petitioner.

*Courtland K. Townsend, Jr.,* for respondent.

### O R D E R

For the reasons stated in an unreported opinion of the Court, dated November 1, 1983, GLENN J. GOLDBURN is disbarred from the further practice of law in the State of Maryland and his name stricken from the register of attorneys in this Court.